■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. STEVEN SCHOUENBORG, Respondent, v WALTER J. FLOOD, as Warden, Nassau County Correctional Center, Appellant. — Motion by appellant for a stay of a judgment of the Supreme Court, Nassau County.(Murphy, J.), dated February 10, 1983, pending appeal therefrom, denied as academic in light of the determination on the appeal (decided herewith). Temporary stay contained in the order to show cause dated February 10, 1983, vacated. Lazer, J. P., Gibbons, Weinstein and Niehoff, JJ., concur.